# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **TERRYETT O. WOODS,**  Plaintiff,  v.  **THE PEOPLE,**  Defendants. | **ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION**  Case No. 2:19-cv-543  Judge Clark Waddoups |

On July 31, 2019, Plaintiff Terryett Woods filed a *pro se* complaint (ECF No. 3) against numerous defendants, which Ms. Woods generally groups as "the People." The claims asserted in Ms. Woods's complaint are inflammatory, explicit, and primarily relate to her personal relationships. This case was assigned to Magistrate Judge Cecilia M. Romero, who on January 13, 2020, issued a Report and Recommendation recommending that Ms. Woods's Complaint be dismissed with prejudice as frivolous and for failing to state a claim upon which relief may be granted. (ECF No. 7). Pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, Ms. Woods had fourteen (14) days to file objections to Judge Romero's Report and Recommendation, but she failed to do so.

Upon reviewing Ms. Woods's Complaint and the Report and Recommendation, the court **HEREBY APPROVES AND ADOPTS** Judge Romero's Report and Recommendation, and for the reasons stated therein, **HEREBY DISMISSES THE COMPLAINT WITH PREJUDICE**. The court expressly finds that Ms. Woods's Complaint alleges the "infringement of a legal interest which clearly does not exist" and is therefore frivolous. *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). As such, and pursuant to 28 U.S.C. § 1915(e), the court is required to, and hereby does, dismiss Ms. Woods's action.

Pursuant to this Order, Ms. Woods's pending Motion to Reassign Case/Change Judge is **DENIED AS MOOT**.

DATED this 13th day of April, 2020.

BY THE COURT:

Clark Waddoups
United States District Judge